GBK/da

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

*FILED IN OPEN COURT*
*MAY 2 7 2010*
*CHARLES R. DIARD JR*
*CLERK*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 10-00118-WS |
| v. | * | USAO NO. 10R00207 |
| | * | |
| MILES MAYNARD | * | VIOLATION: |
| | * | 18 USC § 1366 |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 11, 2008, in the Southern District of Alabama, Southern Division, the defendant,

### MILES MAYNARD

knowingly and willfully damaged and attempted to damage the property of an energy facility in an amount that in fact exceeds, or would if the attempted offense had ben completed, have exceeded $100,00.00, in that Miles Maynard fired rifle rounds into the Alabama Power Substation located at 2655 Hamilton Boulevard in Mobile, Alabama, thereby damaging the power substation's transformer and causing approximately $400,000.00 in damages.

In violation of Title 18, United States Code, Section 1366.

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

Gregory A. Bordenkircher
Assistant United States Attorney

Maria E. Murphy
Assistant United States Attorney
Chief, Criminal Division                    MAY 2010