IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | CRIMINAL NO. 10-00118-WS |
| **MILES MAYNARD** | : | |

## ORDER

This case is hereby scheduled for a revocation hearing at **10:30 a.m.** on **December 18, 2012**, in Courtroom 2A, United States Courthouse, Mobile, Alabama.  If the Defendant is in custody, the United States Marshals Service is directed to produce Defendant for the hearing.

**DONE** and **ORDERED** this the 3rd day of December, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE