```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**          *

**vs.**                                *   **CRIMINAL NO. 10-00118-WS**

**MILES MAYNARD,**                     *

## ORDER OF DETENTION

On December 5, 2012, Defendant Miles Maynard appeared with counsel before this Court for an initial appearance/arraignment pursuant to the Federal Rules of Criminal Procedure and a detention hearing pursuant to 18 U.S.C. § 3142.  The Court has been informed by U.S. Probation that Defendant, who appeared before this Court on a <u>writ</u> <u>ad</u> <u>prosequendum</u>, is presently in state custody.  Counsel for the Government and the Defendant agreed that the issue of release is moot in light of Defendant's state confinement.

Therefore, in light of the above, the Court finds that the issue of detention is **MOOT** at this time.  The Defendant shall be detained pending trial.  Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being

1

held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On Order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

If Defendant is able to obtain his release from state custody, upon motion of defense counsel, this action will be set immediately for a detention hearing.

**ORDERED** this the 5th day of December, 2012.

                                         s/KATHERINE P. NELSON
                                        UNITED STATES MAGISTRATE JUDGE