AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations          (11029)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**MILES MAYNARD** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>CASE NUMBER:  **10-00118-001-WS**<br>USM NUMBER:  **11004-003** |
| **THE DEFENDANT:** | **LaWanda O'Bannon**<br>**Defendant's Attorney** |

[X]  admitted guilt to violation of supervision condition(s): <u>Standard Conditions #2, #3, #7 and the Special Conditions (x4), all as charged in the Probation Form 12-C, dated March 19, 2015.</u>

[ ]  was found in violation of supervision condition(s):

| | | Date violation |
|---|---|---|
| **Violation Number** | **Nature of Violation** | **Occurred** |
| Standard Condition #2 | Technical | |
| Standard Condition #3 | Technical | |
| Standard Condition #7 | Technical | |
| Special Condition | Technical | |
| Special Condition | Technical | |
| Special Condition | Technical | |
| Special Condition | Technical | |

**The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**
[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.
       IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

.                                                                                  April 2, 2015
                                                                                   Date of Imposition of Judgment

                                                                                   s/WILLIAM H. STEELE
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE


                                                                                   April 15, 2015
                                                                                   Date

**Judgment  2**

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant:  **MILES MAYNARD**
Case Number:  **10-00118-001-WS**

# IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **12 MONTHS; said term consists of six months custody for the current revocation dated 4/2/15; and six months on the previous revocation dated 12/18/12; said terms to run consecutively. The defendant was released from custody on the first revocation on 12/18/12, without having served his six-month federal sentence.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at ___ .m. on ___.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on ___.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                  UNITED STATES MARSHAL

                By _____
                  Deputy U.S. Marshal